UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDCARE LIMITED CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>NOW HEALTH INTERNATIONAL (HOLDINGS) LIMITED,<br><br>    Defendant. | Civil Action No. 1:17-cv-11475 |

**JOINT MOTION TO ENTER A PERMANENT INJUNCTION**

Plaintiff, WorldCare Limited Corporation ("WorldCare") and Defendant, NOW Health International (Holdings) Limited ("NOW Health"), hereby move for the Court to enter the Consented-To Permanent Injunction, attached hereto. In support of its Motion, the Parties state as follows:

1. WorldCare filed its Verified Complaint, Motion for Preliminary Injunction, and other documents on August 9, 2017.

2. Following weeks of discussions, the Parties have agreed to resolve the dispute.

3. As part of that settlement, the Parties agree that a Permanent Injunction should be in place to ensure the Parties' rights are protected under the 2013 Trademark and Co-Existence Agreement.

4. In consideration of the foregoing, the Parties respectfully move for the Court to enter the attached Permanent Injunction.

*Motion allowed. /s/ NM Gorton, USDJ 9/14/17*